SMITH, Appellant, v. MORRIS, et al, Respondents.

(237 N. W. 723.)

(File No. 6803.    Opinion filed July 20, 1931.)

*T. B. Thorson,* Special Counsel, Banking Department, of Pierre, and *Leo D. Heck,* of Kimball, for Appellant.

*Null & Royhl,* of Huron, for Respondents.

PER CURIAM. This action was brought by plaintiff, as superintendent of banks, against the officers and directors of the First State Bank of Fulton, S. D., for the recovery of excess loans made by defendants to various parties named in the complaint. The issues involved are similar to the issues in Smith v. Fischer et al, 58 S. D. 510, 237 N. W. 718, just handed down, and upon the authority of that case the judgment and order appealed from the reversed.